UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

KATHLEEN and WILEY BASHAW, JODEE BROWNSWORTH, ESTORGIO CARVAJAL and CLORINDA MIRANDA, CUTBERTO CUTERO, ESPERANZA DE LUNA, RITA DOTSON, PAUL DUNGES, GERALD EASTMAN, MICHAEL FOBBS, MARIA GONZALEZ, JOHN INGHAM, KEN JORGENSEN, GARY KLUCK, EFRAIN and MARIA LOPEZ, MAGDALENO S. NUCUM, FAVIO PEREZ, WAYNE PINOLI, GARY PORTER, CONNIE TALIAFERRO, KIM WARNER, CHARLES and PATRICIA WEAVER,

    Plaintiffs,

  v.

THE BANK OF NEW YORK MELLON CORPORATION, a Delaware corporation; COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation; COUNTRYWIDE HOME LOANS, INC., a New York corporation; COUNTRYWIDE; LANDSAFE, INC., a Delaware corporation; LANDSAFE APPRAISAL SERVICES, INC., a California corporation; RECONTRUST N.A., a national association; and DOES 1-100, inclusive,

NO. CIV. 2:10-02869 WBS DAD

<u>ORDER OF RECUSAL</u>

1

```
           Defendants.
                                      /

                       ----oo0oo----

         Because the spouse of one of my law clerks owns a small
amount of stock in the Bank of America, I must recuse myself from
this case for the reasons stated in Amstadter v. Bank of America,
Civ. No. 2:09-2826, 2009 WL 5206640 (E.D. Cal. Dec. 22, 2009).
         IT IS THEREFORE ORDERED that the Clerk of the Court
reassign this case to another judge for all further proceedings,
making appropriate adjustments in the assignments of civil cases
to compensate for such reassignment.  All dates pending before
the undersigned are hereby vacated.
DATED:  October 28, 2010
```

/s/ William B. Shubb

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE