1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KATHLEEN BASHAW, et al.,

11          Plaintiffs,                    No. CIV S-10-2869 KJM-DAD

12      vs.

13   THE BANK OF NEW YORK MELLON
     CORPORATION, et al.,

14
               Defendants.              ORDER

15   _____/

16          This matter comes before the Court upon defendants' motion to dismiss, filed on

17   January 18, 2011.  (ECF 7.)  Plaintiffs have not filed and served an opposition or statement of

18   non-opposition at least fourteen days preceding the hearing date of April 6, 2011 as required by

19   Local Rule 230(c).  Plaintiffs are hereby ORDERED, within two weeks of the entry of this order,

20   to file and serve an opposition or statement of non-opposition and to show cause why sanctions

21   should not be imposed against them or their counsel for failure to comply with Local Rule

22   230(c).

23          IT IS SO ORDERED.

24   DATED:  March 31, 2011.

25

26                                     _____
                                       UNITED STATES DISTRICT JUDGE

                                            1