IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KATHLEEN BASHAW, et al.,

    Plaintiffs,                      No. CIV S-10-2869 KJM-DAD

    vs.

THE BANK OF NEW YORK
MELLON CORPORATION, et al.,

    Defendants.                   <u>ORDER TO SHOW CAUSE</u>

/

        On July 18, 2011, the court granted defendants' motion to dismiss and allowed plaintiffs twenty-one (21) days to file an amended complaint plaintiff. (ECF 17.) More than two months have passed and plaintiffs have not filed an amended complaint. Plaintiffs are hereby ORDERED, within fourteen (14) days of the entry of this order, to show cause why this case should not be dismissed for failure to prosecute. *See Chambers v. NASCO, Inc.*, 501 U.S. 32, 49 (1991) ("[A] federal district court has the inherent power to dismiss a case *sua sponte* for failure to prosecute . . . ."); FED. R. CIV. P. 41(b).

        IT IS SO ORDERED.

DATED: September 28, 2011.

                                        UNITED STATES DISTRICT JUDGE

1