IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KATHLEEN BASHAW, et al.,

    Plaintiffs,            No. CIV S-10-2869 KJM - DAD

  vs.

THE BANK OF NEW YORK
MELLON CORPORATION, et al.,

    Defendants.
                               ORDER
_____/

        On September 28, 2011, this court issued an order to show cause why this case should not be dismissed for plaintiffs' failure to prosecute. ECF 18. Plaintiffs did not respond. It is well settled that a court may dismiss an action where plaintiff fails to diligently prosecute its case. *See, e.g., Oliva v. Sullivan*, 958 F.2d 272 (9th Cir.1992); *Chambers v. NASCO, Inc.*, 501 U.S. 32 (1991). Accordingly, this case is DISMISSED and the clerk is order to CLOSE THIS CASE.

        IT IS SO ORDERED.

DATED: October 25, 2011.

_____
UNITED STATES DISTRICT JUDGE

1